[No. 3573.]

RUSSELL *v.* DENNISON.

DAMAGES FOR MALICIOUS PROSECUTION.—Case stated in which a verdict of seven thousand dollars damages for a malicious prosecution was held to be excessive.

THE above case is reported in 45th Cal. 342. After the opinion had been delivered, a petition for a rehearing was

filed, and the court, at the April term, 1873, made an order
granting a rehearing, unless the respondent would file in the
office of the clerk of this court a release of one-half the
damages recovered. The respondent filed the release, and
the rehearing was denied. The order escaped the notice of
the Reporter at the time, and is inserted here so that the
last head-note in the report of the case may not mislead the
profession.